UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>            Plaintiff,<br><br>      v.<br><br>I. DAVIES, et al.,<br><br>            Defendants. | No. 2:24-cv-00480-DAD-CKD<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 7, 2024, the court screened plaintiff's complaint and gave him the option on proceeding against defendant Davies or of filing an amended complaint to cure the deficiencies with respect to the remaining defendants.  ECF No. 7.  Plaintiff filed a notice of election indicating his desire to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file a first amended complaint.

Dated: August 30, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/morg0480.36.election

1