UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>L. DAVIES, et al.,<br><br>        Defendants. | No. 2:24-cv-00480-DAD-CKD (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 15) |

      Plaintiff Mike Morgan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 18, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 15 at 2.) Specifically, the magistrate judge concluded that plaintiff's complaint contains virtually identical allegations to those raised in *Morgan v. Espinoza, et al.*, No. 2:23-cv-01955-DAD-DMC (E.D. Cal.), and plaintiff has no right to maintain a duplicative action. (*Id.* at 1–2.)

      The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

/////

1

2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 18, 2025 (Doc. No. 15) are ADOPTED in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **June 16, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE